**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.4**
**Eastern Division**

Victoria Proctor
            Plaintiff,

v.               Case No.: 1:04−cv−03889
               Hon. Robert W. Gettleman

Board of Education, School District 65, et al.
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 2, 2005:

  MINUTE entry before Judge Robert W. Gettleman :Status hearing held on 8/2/2005. Status hearing set for 8/17/2005 at 09:00 AM.No notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.